```
              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF OHIO
                     WESTERN DIVISION
```

JERRY SLIGHT, et al,

        Plaintiffs,

vs                        Case No. 3:20-cv-01590-JJH
                           HONORABLE JEFFREY J. HELMICK

INTERNATIONAL UNION UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, et al,

        Defendants.
_____/

## DECLARATION OF JOHN A. SHEA

    I, John A. Shea, pursuant to Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio and under the penalty of perjury, state as follows:

    1.   I am the attorney Defendant Virdell King.

    2.   I seek admission *pro hac vice* in this case.

    3.   On June 4, 1985, I was admitted to practice as an attorney in the State of Michigan, Member Number P37634. On May 5, 1983, I was admitted to practice as an attorney in the State of Illinois, license number Registration Number 6184671.

    4.   I am, and have been, a member in good standing of the State Bar of Michigan and the State Bar of Illinois since my admission dates noted above. I also am admitted to practice and in good standing in the following Courts:

- United States District Court for the Eastern District of Michigan (1985).

- United States District Court for the Western District of Michigan (2017).

- United States District Court for the Northern District of Illinois (1984).

- United States District Court for the Southern District of Indiana (2005).

- United States Court of Appeals for the Sixth Circuit (1995).

- United States Supreme Court (1997).

5. I am not presently suspended or disbarred in any court, nor have I ever been subject to discipline by any court or bar.

6. Under LR 83.5(h) of this Court, my contact information is as follows:

John A. Shea (P37634)
Attorney at Law
120 N. Fourth Avenue
Ann Arbor, Michigan 48104
Tel: (734) 995-4646
Fax: (734) 995-2910
Email: jashea@earthlink.net

Pursuant to 28 U.S.C. §1746, I declare under the penalties of perjury that the foregoing is true and correct.

Respectfully submitted

Dated: December _22__, 2020

s/John A. Shea
John A. Shea (P37634)
Attorney for Def. Virdell King
120 N. Fourth Avenue
Ann Arbor, Michigan 48104
(734) 995-4646
jashea@earthlink.net

2