IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION



---

Jerry Slight, et al.,

        Plaintiffs,

v.

International Union United Automobile,
Aerospace and Agricultural Implement
Workers of America, et al.,

        Defendants.

---

Case No.3:20-cv-01590-JJH

Hon. Jeffrey J. Helmick

**PRO HAC VICE MOTION
FOR JUDITH S. GRACEY**

Under Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio, Judith S. Gracey, respectfully moves this Court to admit Judith S. Gracey pro hac vice to appear and participate in this case as counsel for Defendant Jerome Durden.

Movant represents that Ms. Gracey is a member in good standing of the bar of the State of Michigan and that this Motion is accompanied by the required $120.00 fee. Ms. Gracey will promptly register for electronic filing with this Court upon the granting of this Motion.

Ms. Gracey's contact information is as follows:

    Judith S. Gracey
    The Gracey Law Firm, PLLC
    2200 Beechmont Street
    Keego Harbor, Michigan 48320
    Telephone: (248) 221-7726
    Facsimile: (248) 221-7790
    Email: judith@thegraceylawfirm.com

34660012204

1. Ms. Gracey was admitted to the bar of the State of Michigan on January 30, 1987, and her registration number is P39766.

2. Ms. Gracey a member in good standing of the Bar of the State of Michigan and the following courts:

   > United States District Court for the Eastern District of Michigan (admitted on March 19, 1987); and

   > United States Court of Appeals for the Sixth Circuit (admitted on June 13, 2012).

3. Ms. Gracey has not been disbarred or suspended from practice before any court or has ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

This Motion is supported by the attached Certificate of Good Standing (See Exhibit A). A proposed Order granting this motion is submitted herewith.

WHEREFORE, movant respectfully requests that the Court grant this Pro Hac Vice Motion for Judith S. Gracey.

Respectfully submitted,

Judith S. Gracey
The Gracey Law Firm, PLLC
2200 Beechmont Street
Keego Harbor, Michigan 48320
Telephone: (248) 221-7726
Facsimile: (248) 221-7790
Email: judith@thegraceylawfirm.com